UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CECILE RISING,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 13-5665** |
| **ASSURANT SPECIALTY PROPERTY<br>INSURANCE COMPANY AND<br>THE NATIONAL FLOOD<br>INSURANCE PROGRAM,**<br>    Defendants | **SECTION "E"** |

## ORDER

Before the Court is defendant Assurant Specialty Property Insurance Company's ("Assurant") Motion to Dismiss plaintiff's extra-contractual claims.[1] Assurant's motion was noticed for submission on October 9, 2013. Local Rule 7.5 requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. Plaintiff Cecile Rising ("Rising") did not file a timely opposition to Assurant's motion. Instead, Rising filed a notice stating she has no opposition to Assurant's motion.[2]

Accordingly, as Assurant's motion is unopposed, **IT IS ORDERED** that Assurant's Motion to Dismiss plaintiff's extra-contractual claims be and hereby is **GRANTED**. Rising's breach of contract claims remain.

New Orleans, Louisiana, this  31st  day of October, 2013.

                                                 _____
                                                 **SUSIE MORGAN
                                       UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 3.

[2] R. Doc. 6.